John BALDWIN, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,**
Appellee.

Supreme Court of Pennsylvania.

Nov. 10, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 10th day of November, 2003, the above appeal is quashed as untimely pursuant to 42 Pa.C.S. § 5571 and Pa.R.A.P. 105(b).

**COMMONWEALTH of Pennsylvania,**
Respondent,

v.

**Marcus ELLISON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 14, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of November 2003, we **GRANT** this Petition for Allowance of Appeal, **VACATE** the Order of the Superior Court, and **REMAND** for reconsideration in light of our decision in *Commonwealth v. Liebel,* 573 Pa. 375, 825 A.2d 630 (2003).